UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
LEE,

                    Plaintiff,

      -against-

NEW KANG SUH INC., ET AL.,

                   Defendants.
--------------------------------------------------------X

**TRIAL ORDER**

17 Civ. 9502 (PED)

The following dates shall apply to the trial of this action:

    Trial (bench) will begin on **April 25, 2022 at 10:30 a.m. in Courtroom 420**.

    Proposed Findings of Fact and Conclusions of Law **must** be filed by **April 11, 2022.**

    Any motions *in limine*, as well as any trial memoranda counsel wishes to submit, shall be filed by **April 11, 2022.**

    Responses to motions *in limine* shall be filed by **April 18, 2022.**

    The aforementioned papers shall be filed on ECF.  **Counsel shall simultaneously provide courtesy copies to Chambers.**

    **Counsel shall pre-mark all exhibits.  Counsel shall provide the Court with courtesy copies of all exhibits, as well as any deposition transcripts to be used at trial, prior to the start of trial.**

    Counsel are reminded that any party promulgating a non-English-speaking witness is obligated to arrange an interpreter.

Dated: February 25, 2022
       White Plains, New York

SO ORDERED.

_____
Paul E. Davison, U.S.M.J.