UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
LEE,

                    Plaintiff,                    **AMENDED**
                                                                     **TRIAL ORDER**
      -against-

                                                                   17 Civ. 9502 (PED)

NEW KANG SUH INC., ET AL.,

                    Defendants.
--------------------------------------------------------X

The following dates shall apply to the trial of this action:

      Trial (bench) will begin on **June 28**, **2022 at 10:30 a.m. in Courtroom 420**.

      Proposed Findings of Fact and Conclusions of Law **must** be filed by **June 7, 2022.**  These filings must be accompanied by complete witness and exhibit lists.

      Any motions *in limine*, as well as any trial memoranda counsel wishes to submit, shall be filed by **June 7, 2022.**

      Responses to motions *in limine* shall be filed by **June 14, 2022.**

      The aforementioned papers shall be filed on ECF.  **Counsel shall simultaneously provide courtesy copies to Chambers.**

      **Counsel shall pre-mark all exhibits.  Counsel shall provide the Court with courtesy copies of all exhibits, as well as any deposition transcripts to be used at trial, prior to the start of trial.**

      **Counsel are reminded that any party promulgating a non-English-speaking witness is obligated to arrange an interpreter.**

Dated: April 13, 2022                      SO ORDERED
       White Plains, New York

                                                      _____
                                                      Paul E. Davison, U.S.M.J.