**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
YOUNG MIN LEE,

                     Plaintiff,

    -against-                                         17 **CIVIL** 9502 (PED)

                                                                **<u>JUDGMENT</u>**

NEW KANG SUH, INC. and MYUNG SOOK CHOI,

                    Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated September 28, 2022, the Court finds in favor of plaintiff against defendants New Kang Suh, Inc. and Myung Sook Choi on plaintiffs FLSA claims for unpaid minimum wage and overtime. Plaintiff is awarded damages in the amount of $53,273.50, calculated as follows: (1) $26,636.75 in compensatory damages for unpaid wages; and (2) $26,636.75 in liquidated damages.

**Dated:**  New York, New York

       September 29, 2022

                                                                  **RUBY J. KRAJICK**

                                                                   **Clerk of Court**

                              **BY:**    *K. Mango*

                                                                     **Deputy Clerk**