UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YOUNG MIN LEE, individually and on behalf of all employees similarly situated, | |
| Plaintiff, | Case No. 7:17-cv-09502-NSR |
| - against - | **NOTICE OF MOTION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS** |
| NEW KANG SUH INC. d/b/a Korea Garden and MYUNG SOOK CHOI | |
| Defendants. | |

    PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in support of this motion, and the declarations and exhibits submitted herewith, the Plaintiff YOUNG MIN LEE will move this Court, before the Honorable Paul E. Davison, United States Magistrate Judge, in the United States District Court of the Southern District of New York, Federal Building and United States Courthouse, 300 Quarropas St., White Plains, NY 10601 for an award of attorneys' fees and costs against Defendants NEW KANG SUH INC. d/b/a Korea Garden and MYUNG SOOK CHOI.

Date:   October 28, 2022
          Flushing, NY

                                      Respectfully Submitted,

                                      Hang & Associates, PLLC.

                                      /s/ *Yongjin Bae*
                                    Yongjin Bae, Esq.
                                    *Attorneys for Plaintiff*
                                    136-20 38th Avenue, Suite 10G
                                    Flushing, NY 11354
                                    Tel: (718) 353-8588
                                    Email: ybae@hanglaw.com

Cc: counsel on record via ECF