**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

YOUNG MIN LEE,

                Plaintiff,                    17 **CIVIL** 9502 (PED)

      -against-                            **JUDGMENT**

NEW KANG SUH, INC. and MYUNG
SOOK CHOI,

                Defendants.

-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 15, 2023, plaintiff is awarded damages against defendants in the total amount of $63,366.63, consisting of attorneys' fees in the amount of $59,542.50 and costs in the amount of $3,824.13.

**Dated:**  New York, New York
           February 15, 2023

                                                         **RUBY J. KRAJICK**

                                                          **Clerk of Court**
                            **BY:**    *K. Mango*
                                                           **Deputy Clerk**