ABSTRACT OF JUDGMENT

Re: Young Min Lee v. New Kang Suh Inc., et al.

Case Number: 7:17-cv-09502-PED

| Name(s) and Address(es) of Parties against whom Judgment(s) have been obtained | Name(s) and Address(es) of Parties in whose favor Judgment(s) have been obtained |
|---|---|
| New Kang Suh Inc.<br>d/b/a Korea Garden<br>2375 Central Park Avenue<br>Yonkers, NY 10710<br><br>Myung Sook Choi<br>2375 Central Park Avenue<br>Yonkers, NY 10710 | Young Min Lee<br>c/o Hang & Associates, PLLC<br>136-20 38th Ave, Suite 10G<br>Flushing, NY 11354 |

| Amount of Judgment(s) | Name(s) and Address(es) of Attorney(s) | Entry Date of Judgment(s) |
|---|---|---|
| $116,640.13 in total for Plaintiff, comprised of:<br><br>$53,273.50 in Damages for Plaintiff<br><br>$63,366.63 in Damages for Plaintiff (attorneys' fees and costs) | Warner & Scheuerman<br>6 West 18th Street, 10th Floor<br>New York, NY 10011 | September 29, 2022<br><br>February 15, 2023 |

UNITED STATES OF AMERICA,
CLERK'S OFFICE U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

I CERTIFY that the foregoing is a correct Abstract of the Judgment

Dated: New York            , New York

**RUBY J. KRAJICK, Clerk of Court**

_____
By, Deputy Clerk